Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
ellendowd@sbcglobal.net
(858) 342-8360
Fax (858) 755-6348

**Attorney for Defendants, CHRISTOPHER S, PAUL and MARY STRUBLE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br>　　　　Plaintiff,<br>v.<br>CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE<br>　　　　Defendants. | Case No. 08 CV 0049 LAB (CAB)<br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED**<br>**[FRCP 12(b) (6)]**<br><br>**Date: March 10, 2008**<br>**Time: 10:30 a.m**<br>**Courtroom: 9**<br>**Judge: Hon. Larry Burns**<br><br>**Complaint Filed: 1/8/08** |

**TO PLAINTIFF, FALLBROOK UNION HIGH SCHOOL DISTRICT ("The District"), AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on March 10, 2008 at 10:30 a.m. or as soon as the matter may be heard, in the above-entitled court located at 940 Front Street, San Diego, California 92101, in Courtroom 9, Defendants, CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE ("Defendants") will move the court to dismiss the action pursuant to FRCP 12(b)(6) because the District's complaint fails to state a cause of action upon which relief can be granted, on the grounds that on January 8, 2008, the same day as this complaint was filed, the District filed a compulsory counterclaim against C.S. by and through his conservator and mother, MARY

STRUBLE, in low-number Case No. 07 CV 2328 LAB (CAB), requesting the same exact relief as stated in this complaint. Just because the District, as a governmental agency, doesn't have to pay a filing fee to file a separate complaint, does not justify knowingly filing for the same exact relief which is sought in a previously-filed case, in which issue has been joined both to the complaint and the counterclaim.

This unjustified, frivolous complaint unduly burdens the court's docket, and is filed in an attempt to harass, intimidate and place an undue financial burden on Defendants. The proof of this is the posting of the complaint on the District's webpage, without reference to the compulsory counterclaim.

The motion will be based on this Notice of Motion and Motion, Memorandum of Points and Authorities filed herewith, Request For Judicial Notice filed herewith, and the pleadings and papers filed herein.

Dated: February 11, 2008

Ellen Dowd, Attorney for Defendants, CHRISTOPHER S., PAUL STRUBLE and MARY STRUBLE