Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
ellendowd@sbcglobal.net
(858) 342-8360
Fax (858) 755-6348

**Attorney for Defendants, CHRISTOPHER S, PAUL and MARY STRUBLE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE<br><br>　　　　Defendants. | Case No. 08 CV 0049 LAB (CAB)<br><br>REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH MOTION TO DISMISS<br><br>Date: March 10, 2008<br>Time: 10:30 a.m.<br>Courtroom: 9<br>Judge: Hon. Larry Burns<br><br>Complaint Filed: 1/8/08 |

TO PLAINTIFF, FALLBROOK UNION HIGH SCHOOL DISTRICT ("The District"), AND ITS ATTORNEY OF RECORD:

　　Defendants respectfully request that this Court take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1. Complaint/Appeal of Office of Administrative Hearings, Special Education Division For Partial Reversal of Decision and Attorney Fess and Costs, Case. No. 07 CV 2328 LAB (CAB).

2. Answer and Counterclaim of Defendant, the District, Case No. 07 CV 2328 LAB (CAB).

3. Notice of Related Case, Case No. 07 CV 2328 LAB (CAB).

4. The District's official webpage, accessible through Google "Fallbrook Union High School District."

Dated: February 11, 2008

Respectfully submitted,

Ellen Dowd, Attorney for Defendants, CHRISTOPHER S., PAUL STRUBLE and MARY STRUBLE