## PROOF OF SERVICE

**Fallbrook Union High School District v. Christpoher S., Paul Struble and Mary Struble**
**Case No. 08 Cv 0049 LAB (CAB)**

STATE OF CALIFORNIA )
COUNTY OF SAN DIEGO )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On February 11, 2008, I caused to be served **Defendants' Notice of Motion and Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted, Request For Judicial Notice and Memorandum of Points and Authorities** on all interested parties in this action follows:

Sharon Watt, Esq.
Filarsky & Watt
408 Bryant Circle
Suite C
Ojai, California 93023
805-640-2980

___ BY MAIL. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon full prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

_X_ BY FACSIMILE transmission to the persons at the Fax Numbers listed above, and no error was reported in the transmission, and I received a printed record of said transmission.

___ By overnight mail by placing the above-referenced documents with Fed-X Express requesting guaranteed overnight delivery (next business day).

Executed on February 11, 2008 at San Diego, California.

XX (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____Ellen Dowd_____        _____[signature]_____
                                                  Signature

**ELLEN DOWD, Esq.**
**Special Education Legal Center**
2658 Del Mar Heights Road #228
Del Mar, California 92014
(858) 342-8360        Fax: (858) 755-6348



| | | | |
|---|---|---|---|
| To: | Sharon Watt, Esq. | | |
| Fax: | 805-640-2980 | | Pages (11) (Including Fax Cover) |
| Re: | FUHSD v. STRUBLE 08 CV 0049 LAB (CAB) | Date: | 2/11/08 Motion to Dismiss |

--NOTICE--

The information contained in this facsimile message is ATTORNEY CLIENT PRIVILEGED and CONFIDENTIAL INFORMATION, intended only for the use of or individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that ant dissemination, distribution or copying of this message is strictly prohibited. If you have received this facsimile in error, please notify sender by telephone at 858-342-8360, and return the written communication to the above address by mail.

```
            TRANSMISSION VERIFICATION REPORT

                                    TIME    : 02/11/2008 10:12
                                    NAME    : EJDESQ
                                    FAX     : 8587556348
                                    TEL     :
                                    SER.#   : 000B7J133636


DATE,TIME              02/11  10:08
FAX NO./NAME           18056402980
DURATION               00:03:12
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```