SHARON A. WATT [SBN 81377]
admin@filarskyandwatt.com
FILARSKY & WATT LLP
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone   (805) 640-2970
Facsimile    (805) 640-2980

Attorneys for Plaintiff
FALLBROOK UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT, | ) CASE NUMBER: 08 CV 0049 H AJB ) ) |
| Plaintiff, | ) ) NOTICE OF DISMISSAL |
| v. | ) ) |
| CHRISTOPER S., PAUL. S., AND MARY S., | ) ) ) |
| Defendants. | ) ) |

Plaintiff FALLBROOK UNION HIGH SCHOOL DISTRICT ("FALLBROOK") hereby files a Notice of Dismissal whereby FALLBROOK dismisses the above-referenced action.

FALLBROOK's absolute right to voluntarily dismiss this action is predicated on the fact that Defendants Christopher S., Paul S., and Mary S. have never served

/ / /

/ / /

FALLBROOK with either an answer or a motion for summary judgment in this action. Fed. R. Civ. P. 41(a)(1); *see, generally, American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108 (1999).

Dated: February 20, 2008

Respectfully Submitted,

FILARSKY & WATT LLP

By: *[signature]*
Sharon A. Watt
Attorney for Plaintiff
FALLBROOK UNION HIGH SCHOOL DISTRICT

# PROOF OF SERVICE

I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

On the date noted below, I served the foregoing document described as: NOTICE OF DISMISSAL on the interested parties in this action as follows:

| Name & Address | Fax No. | Email Address |
|---|---|---|
| Ellen Dowd, Esq.<br>Attorney at Law<br>2658 Del Mar Heights Road #228<br>Del Mar, CA 92014 | (858) 755-6348 | |

[ X ] U.S. MAIL: I caused said envelope to be placed for collection and mailing in the United States mail, postage prepaid, on the same day in the ordinary course of business at Ojai, California.

[ X ] FACSIMILE TRANSMISSION: I caused a true and complete copy of this document to be transmitted to the parties listed herein at their respective most recent fax numbers of record in this action.

[ ] ELECTRONIC EMAIL TRANSMISSION: I caused a true and complete copy of this document to be email transmitted to the parties listed herein at their respective most recent email addresses of record in this action.

[ ] FEDERAL EXPRESS: I caused said envelope to be placed for collection at a Federal Express drop box, on the same day in the ordinary course of business at Ojai, California.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 20, 2008, at Ojai, California.

_____
Cheryl L. Smith

## Broadcast Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 02-20-2008 | 09:27:30 a.m. | Transmit Header Text | |
| Local ID 1 | 805 640 2980 | | Local Name 1 | FILARSKY & WATT |
| Local ID 2 | | | Local Name 2 | |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

SHARON A. WATT
STEVE A. FILARSKY

**FILARSKY & WATT LLP**
ATTORNEYS AT LAW
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone: (805) 640-2970
Facsimile: (805) 640-2980

Manhattan Beach Office
1441 Nineteenth Street
Manhattan Beach, CA 90266
Telephone: (310) 545-7825
Facsimile: (310) 545-2998

**FAX TRANSMISSION**

TO: Ellen Dowd, Esq. (858) 755-6348
COPY TO: Sallie Hunt, FUHSD (760) 723-8263

FROM: Cheryl Smith, Legal Administrator

DATE: February 20, 2008

PAGES: 4 (including transmittal sheet)

RE: *Fallbrook Union High School District v. Struble*
USDC Case No. 08CV 0049

ATTACHED: NOTICE OF DISMISSAL

**Important:**
The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender or this office immediately by telephone and return the original message to us by mail.

Total Pages Scanned : 4    Total Pages Confirmed : 8

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 841 | 8587556348 | 09:23:06 a.m. 02-20-2008 | 00:02:05 | 4/4 | 1 | EC | HS | CP14400 |
| 002 | 841 | 917607231795 | 09:23:06 a.m. 02-20-2008 | 00:01:02 | 4/4 | 1 | EC | HS | CP12000 |

**Abbreviations:**
HS: Host send          PL: Polled local       MP: Mailbox print    TU: Terminated by user
HR: Host receive       PR: Polled remote      CP: Completed        TS: Terminated by system     G3: Group 3
WS: Waiting send       MS: Mailbox save       FA: Fail             RP: Report                   EC: Error Correct