Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
ellendowd@sbcglobal.net
(858) 342-8360
Fax (858) 755-6348

**Attorney for Defendants, CHRISTOPHER S, PAUL and MARY STRUBLE**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br>　　　　Plaintiff,<br>v.<br>CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE<br>　　　　Defendants. | Case No. 08 CV 0049 LAB (CAB)<br>**DECLARATION OF ELLEN DOWD, ESQ.**<br><br>Date: March 10, 2008<br>Time: 10:30 a.m.<br>Courtroom: 9<br>Judge: Hon. Larry Burns<br><br>**Complaint Filed: 1/8/08** |

I, Ellen Dowd, declare as follows:

1. I am an attorney admitted and in good standing in all of the state and federal Courts in the State of California, including this honorable court.

2. I am attorney of record for Defendants herein, and make this declaration to supplement Defendant's Motion To Dismiss filed herein on January 11, 2008.

3. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

4. On December 13, 2007 Defendant, C.S. by and through his conservator, Mary Struble, filed a Complaint/Appeal of Office of Administrative Hearings, Special Education Division For Partial Reversal of Decision and Attorney Fess and Costs, Case. No. 07 CV 2328 LAB (CAB).

5. On January 8, 2008 Fallbrook Union High School District filed an Answer and Counterclaim of Defendant, the District, Case No. 07 CV 2328 LAB (CAB).

6. On January 8, 2008 Fallbrook Union High School District also filed the instant Complaint for "Violation of Individuals With Disabilities Education Act" against Defendants, which was originally assigned to Judge Huff.

7. On Sunday, January 27, 2008, Defendants were personally served with the Summons and Complaint and Civil Cover Sheet for the instant case. The Civil Cover Sheet did not identify any related cases, such as Case No. 07 CV 2328 LAB (CAB), which contained a Counterclaim identical to the instant action.

8. On January 29, 2008 I filed Notice of Related Case, Case No. 07 CV 2328 LAB (CAB).

9. In February, 2008 my client called to my attention that on the official Fallbrook Unified School District webpage, there is link entitled, "Fallbrook Union High School District v. Struble et al." in which the lawsuit against my clients is referred to as "Other Civil Rights." (Exhibit "A" hereto).

10. On the morning of February 11, 2008, before I had to fly to Florida for a family funeral (Exhibit "B" hereto), I was prepared to filed a Motion To Dismiss the instant case and called Judge Huff's chambers to obtain a hearing date. After a conversation about the duplicative nature of this case, Judge Huff's clerk realized that it, in fact, had been transferred to Judge Burns. I then spoke to a clerk in Judge Burns' chambers, and obtained a motion date.

11. On February 11, 2008 I filed a Motion to Dismiss, and also filed a Request for Judicial Notice. The Request for Judicial Notice requested the court

take notice of the following documents that are <u>outside the pleadings</u> in this case, to wit:

    1.    Complaint/Appeal of Office of Administrative Hearings, Special Education Division For Partial Reversal of Decision and Attorney Fess and Costs, Case. No. 07 CV 2328 LAB (CAB).

    2.    Answer and Counterclaim of Defendant, the District, Case No. 07 CV 2328 LAB (CAB).

    3.    Notice of Related Case, Case No. 07 CV 2328 LAB (CAB).

    4.    The District's official webpage, accessible through Google "Fallbrook Union High School District."

    12.    On February 20, 2008, Fallbrook Union High School District filed a dismissal in the instant case, citing its "absolute right to voluntarily dismiss this action is predicated on the fact that Defendants have never served Fallbrook with an answer or motion for summary judgment in this case." This "dismissal" is presumed to be without prejudice, therefore, the action can be re-filed.

    13.    In the Motion To Dismiss, I cited the frivolous nature of the duplicative action, as well as Fallbrook Union High School District's intent to publish its lawsuit to cast false light on my clients by insinuating that they somehow violated "other civil rights." The case in point is Exhibit "A" hereto, which shows that as of today, Fallbrook Union High School District has not removed the misleading link from its official web page.

    14.    In view of the equities of this situation, in which Fallbrook Union High School District, through its attorney, has intimidated and harassed my clients (the web page has "blogs" on each of them, including the conserved student), and has unnecessarily burdened the court's docket, and has filed a duplicative action without any reasonable investigation, for the very purpose of embarrassing,

harassing and intimidating my clients, they are entitled to more than a voluntary dismissal without prejudice.

15. Therefore, Defendants request that the court *sua sponte* convert the instant Motion To Dismiss to a Motion For Summary Judgment, based solely upon the judicially noticeable documents outside the pleadings in this case, thereby extinguishing Plaintiff's right to dismiss, and thereby affording Defendant's a judgment which will precludes Plaintiff's unjustified action from ever being filed again. In doing so, the court would not be determining whether a claim for relief has been stated, but, rather, whether "there is a genuine issue of material fact and whether the moving party is entitled to judgment as a matter of law," FRCP 56(c).

16. Alternatively, Defendant's request that this court retain jurisdiction over this matter for a period of time to enable Defendant's to provide a safe harbor letter, and make a request for Rule 11 Sanctions for the filing of this frivolous pleading.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 21st day of February, 2008 at San Diego, California.

_____
Ellen Dowd

# EXHIBIT "A"

Web  Maps  Results **1** - **10** of about **23,300** for **FALLBROOK UNION HIGH SCHOOL DISTRICT**. (**0.24** seconds



**Fallbrook Union High School District**:
Superintendent
www.fuhsd.net

2234 S Stagecoach Ln
Fallbrook, CA 92028
(760) 723-6332
Get directions

More information »

## Fallbrook Union High School District
FUHSD operates one comprehensive **high school** and three alternative campuses.
 Map of 2234 S Stagecoach LN, Fallbrook, CA 92028
www.fuhsd.net/ - 28k - Cached - Similar pages

### Fallbrook Union High School District
The **Fallbrook Union High School District's** Board of Trustees meets on the 2nd and
4th ... Posted on 6/1/2007 2:11 PM by **Fallbrook Union High School District** ...
www.fuhsd.net/apps/podcasts/show_channel.jsp?pcOwnerREC_ID= - 37k -
Cached - Similar pages
More results from www.fuhsd.net »

## Fallbrook Union High School District Schools, Fallbrook - CA ...
**Fallbrook Union High School District**, California - CA: Find, compare and map public
schools in **Fallbrook Union High School District**.
www.greatschools.net/schools.page?district=687&state=CA - 22k -
Cached - Similar pages

### Fallbrook Union High School District schools - district elementary ...
Up-to-date test scores and student demographics for the **Fallbrook Union High School
District**.
www.greatschools.net/cgi-bin/ca/district_profile/687 - 60k - Cached - Similar pages

## Fallbrook High School
Official **school** site with calendar and information on athletics, ASB, agriculture and alumni
services.
www.**fallbrook**hs.org/ - 41k - Cached - Similar pages

## List of **high** schools in San Diego County, California - Wikipedia ...
[edit] **Fallbrook Union High School District**. **Fallbrook Union High School**, **Fallbrook**;
Ivy **High** (continuation), **Fallbrook**; Oasis High (alternative), **Fallbrook** ...
en.wikipedia.org/wiki/List_of_high_schools_in_San_Diego_County,_California - 45k -
Cached - Similar pages

## Fallbrook Union Elementary School District
The **Fallbrook Union** Elementary **School district** is dedicated to providing opportunities for
all students to achieve academic excellence and develop positive ...
www.fuesd.k12.ca.us/ - 30k - Cached - Similar pages


## Fallbrook Union High School District v. Struble et al - 3 ...
Justia Federal Filings - California Southern **District** Court - Civil Rights - Other Civil Rights -
**Fallbrook Union High School District** v. Struble et al.

http://www.google.com/search?hl=en&q=FALLBROOK+UNION+HIGH+SCHOOL+DIS...  2/21/2008

dockets.justia.com/docket/court-casdce/case_no-3:2008cv00049/case_id-261077/ - 77k -
Cached - Similar pages

### Fallbrook High School
it's the **Fallbrook Union High School**, one we'll love forever more, ... **District**
Administration Thomas R. Anthony, **District** Superintendent ...
home.znet.com/schester/FUHS/ - 5k - Cached - Similar pages

### Fallbrook Union High School District | The San Diego Union-Tribune
Oct 18, 2006 ... Statement: I look forward to serving a third term as a member of the
**Fallbrook Union High School District** governing board. ...
www.signonsandiego.com/uniontrib/20061018/news_lz1x18faluni.html - 21k -
Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Justia | Supreme Court Center | US Laws | Blawgs.FM | BlawgSearch.com

[ Search Justia ]

Justia > Federal District Court Filings > California > California Southern District Court > Civil Rights > Other Civil Rights > Fallbrook Union High School District v. Struble et al

## Search Federal District Court filings

| | | |
|---|---|---|
| Party Name (optional): | Enter Party Name | [ Search ] |
| Cases Filed In: | - California Southern Federal District Court | |
| Lawsuit Type: | All Lawsuit Types | |
| Show: | ⦿ All Case Filings<br>○ Only Case Filings with Downloadable Opinions or Orders | |
| Cases Filed: | ⦿ All Dates<br>○ Between  1  Jan  2004  and  15  Jan  2008 | |

## Fallbrook Union High School District v. Struble et al     Bookmark

| | |
|---|---|
| **Plaintiff:** | Fallbrook Union High School District |
| **Defendant:** | Christopher S., Paul Struble and Mary Struble |
| **Case Number:** | 3:2008cv00049 |
| **Filed:** | January 8, 2008 |
| **Court:** | California Southern District Court |
| **Office:** | San Diego Office [ Court Info ] |
| **County:** | San Diego |
| **Presiding Judge:** | Judge Marilyn L. Huff |
| **Referring Judge:** | Magistrate Judge Anthony J. Battaglia |
| **Nature of Suit:** | Civil Rights - Other Civil Rights |
| **Cause:** | 20:1400 Civil Rights of Handicapped Child |

| | |
|---|---|
| **Jurisdiction:** | Federal Question |
| **Jury Demanded By:** | None |

## Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the California Southern District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report
- History/Documents
- Parties
- Related Transactions
- Check Status

## Search for this case: Fallbrook Union High School District v. Struble et al

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

## Plaintiff: Fallbrook Union High School District

| | |
|---|---|
| Search Dockets | [ Dockets ] |
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

## Defendant: Christopher S.

| Search Dockets | [ Dockets ] |
|---|---|
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: Paul Struble**

| Search Dockets | [ Dockets ] |
|---|---|
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

**Defendant: Mary Struble**

| Search Dockets | [ Dockets ] |
|---|---|
| Search Blogs | [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | MSN | Yahoo | Ask ] |

Justia Lawyer, Legal Aid & Services Directory: San Diego Civil Rights Lawyers and California Civil Rights Lawyers

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

Copyright © Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us :: Have a Happy Day!

# EXHIBIT "B"

Home | Profile | Need Help? | Contact Us

**Log In**

SkyMiles #         PIN

☐ Remember my SkyMiles number
Forgot your SkyMiles # or PIN?
SkyMiles Enrollment    [ Go ▶ ]

Confir

**Confirmation Number**

|  | Flight: | **P8ZHAS** |  |
|---|---|---|---|
|  | Flight: |  | $1,477.00 (USD) |
|  | Total amount charged: (Including **taxes/fees**) |  | **$1,477.00 (USD)** |

H

Need
searc

**Make a note of**
- Remember to bring your photo identification to the airport.
- Your eTicket receipt, confirmation and flight notifications will be sent to ellendowd@sbcglobal.net.
- Manage your **itinerary online**—check in, cancel, or choose seats. For flights **operated by another airline**, be sure to check in with that airline.

AV

Great
Bonu
renta

| Departs | Arrives | Stops | Flights & Cabin (Class) | | Travel Time |
|---|---|---|---|---|---|
| **Outbound: San Diego, CA (SAN) to Melbourne, FL (MLB) on Mon, 11 Feb 2008** | | | | | |
| 1:42pm SAN | 8:49pm ATL | Nonstop | **Delta 1118** Boeing 757 **In-Flight Services** | First (A) | 6 hr 11 min |
| 9:24pm ATL | 10:53pm MLB | Nonstop | **Delta 4535** CRJ 100 operated by Atlantic Southeast Airlines **In-Flight Services** | Coach (Q) | |
| **Return: Melbourne, FL (MLB) to San Diego, CA (SAN) on Wed, 13 Feb 2008** | | | | | |
| 6:24pm MLB | 8:00pm ATL | Nonstop | **Delta 4932** CRJ 700 operated by Atlantic Southeast Airlines **In-Flight Services** | Coach (Q) | 7 hr 35 min |
| 9:15pm ATL | 10:59pm SAN | Nonstop | **Delta 1121** Boeing 757 **In-Flight Services** | Coach (Q) | |

Up to
miles
fee fc
now.

Sky

Ticket price per passenger (Including taxes/fees): $738.50 (USD)

Recip
bonu
trans

| Departs | Arrives | Seat Assignment |
|---|---|---|
| **Ms. Ellen Dowd** | | |
| San Diego (SAN) | Atlanta (ATL) | 07A |
| Atlanta (ATL) | Melbourne (MLB) | 07D |