SHARON A. WATT [SBN 81377]
admin@filarskyandwatt.com
FILARSKY & WATT LLP
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone   (805) 640-2970
Facsimile    (805) 640-2980

Attorneys for Plaintiff
FALLBROOK UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPER S., PAUL. S., AND MARY S.,<br><br>Defendants. | CASE No. 08cv0049-LAB(CAB)<br><br>OPPOSITION TO NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(6)]<br><br>Date of Hearing: March 10, 2008<br>Time: 10:30 a.m.<br>Courtroom: 9<br>Judge: Hon Larry Burns |

Plaintiff FALLBROOK UNION HIGH SCHOOL DISTRICT ("FALLBROOK") hereby opposes the Notice of Motion and Motion to Dismiss for Failure to State a Cause of Action upon which Relief Can Be Granted in the above-referenced action.

FALLBROOK's opposition is based the grounds that FALLBROOK has voluntarily dismissed the above-referenced matter, that FALLBROOK has not intimidated or harassed STUDENT or parents, that there is no reason to provide a

"safe harbor letter," and that STUDENT has no basis to bring a Rule 11(c)(2) motion.

# I

# PROCEDURAL HISTORY

On January 8, 2008, FALLBROOK filed with this Court its Answer to Complaint/Appeal of Administrative Hearings, Special Education Division, for Partial Reversal of Decision and Attorney Fees and Costs and Counterclaims Against Mary S[.] in Case No. 07cv2328-LAB(CAB). The complaint/appeal ("STUDENT's CASE") appealed in part the decision in Christopher S.'s special education due process hearing issued by the Office of Administrative Hearings on November 20, 2007.

On January 8, 2008, FALLBROOK filed a Complaint for Violations of the Individuals with Disabilities Education Act in this matter [Case No. 08cv0049-LAB (CAB)] ("FALLBROOK's CASE") appealing in part the decision in Christopher S.'s special education due process hearing issued by the Office of Administrative Hearings on November 20, 2007.

On February 11, 2008, Christopher S. ("STUDENT") filed his Notice of Motion and Motion to Dismiss for Failure to State a Cause of Action upon which Relief Can Be Granted ("Motion") in the matter of FALLBROOK's CASE. Attached to STUDENT's Motion was a Memorandum of Points and Authorities in Support of Motion to Dismiss and a Request for Judicial Notice Filed Concurrently with Motion to Dismiss.

On February 20, 2008, FALLBROOK filed its Notice of Dismissal wherein FALLBROOK dismissed FALLBROOK's CASE, *i.e.*, Case No. 08cv0049-LAB (CAB).

On February 21, 2008, STUDENT filed a Declaration of Ellen Dowd, Esq. ("Declaration") in support of his Motion.

## II

## ARGUMENT

***a. FALLBROOK's CASE has been dismissed.***

FALLBROOK's CASE has been dismissed as of February 20, 2008, when FALLBROOK's Notice of Dismissal was filed with this Court. STUDENT has neither submitted an answer or a motion for summary judgment in FALLBROOK's CASE. *See* Fed. R. Civ. P. 41(a)(1); *see also American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108 (1999).

STUDENT asserts in his Declaration that if this Court converts his Motion from a motion to dismiss to a motion for summary judgment, FALLBROOK's right to dismiss would be extinguished. (Declaration, 4:3-6.)

STUDENT's assertion is unfounded.

FALLBROOK's CASE has already been dismissed.

Furthermore, as STUDENT admits, his motion to dismiss for failure to state a cause of action upon which relief can be granted is not a motion for summary judgment and this Court has yet to take action to convert the Motion. *See Swedbord v. Marotzke*, 339 F.3d 1139, 1146 (9th Cir. 2003) (holding that a Rule 12(b)(6)

motion to dismiss supported by extraneous materials cannot be regarded as one for summary judgment until the district court acts to convert the motion).

Finally, STUDENT's Motion did not present matters outside the pleadings. *See* Fed. R. Civ. P. 12(d). Matters outside the pleading include written or oral evidence in support of or in opposition to the pleading that provides some substantiation for the pleadings, and do not include memoranda of points and matters of which the district court can take judicial notice. *General Retail Services, Inc. v. Wireless Toyz Franchise, LLC*, No. 06-20395, 2007 WL 2909565, at *8 (5th Cir. Oct. 5, 2007).

### b. FALLBROOK has not intimidated or harassed STUDENT or parents.

STUDENT asserts that FALLBROOK has intimidated and harassed him and his parents because FALLBROOK published on its webpage information, links, and blogs pertaining to FALLBROOK's case. (Declaration, 3:17-4:2.)

FALLBROOK has never published on its webpage/website information, links, or blogs referencing or indicating FALLBROOK's case. Attached hereto as Exhibit 1 is a Declaration of Sallie Hunt.

STUDENT's attorney declares that Exhibit A of STUDENT's Declaration is a printout from FALLBROOK's official web page.

A casual glance of Exhibit A reveals that pages 1 and 2 of Exhibit A are printed from Google's website and that the remaining pages of Exhibit A are printed from a website with a home address of <www.dockets.justia.com>.

***c. There is no need for a safe harbor letter and STUDENT has no basis for a Rule 11(c)(2) motion.***

STUDENT's Declaration requests that if this Court does not convert STUDENT's motion to dismiss into a motion for summary judgment, then this Court should retain jurisdiction in order to enable STUDENT to provide a safe harbor letter and move for sanctions pursuant to Rule 11(c)(2) of the Federal Rules of Civil Procedure.

There is no need to provide a safe harbor letter because FALLBROOK has dismissed its case.

Furthermore, STUDENT has no basis for making a Rule 11(c)(2) motion.

A Rule 11(c)(2) motion can only be filed with this Court if, upon service of the Rule 11(c)(2) motion on the opposing party, the challenged paper has not been withdrawn within 21 days of such service.

FALLBROOK, however, has dismissed its case within 21 days of service of STUDENT's motion.

FALLBROOK also notes that a Rule 11(c)(2) motion must be made separately from any other motion, which STUDENT has not done in this case.

### III

### CONCLUSION

For the foregoing reasons, FALLBROOK respectfully requests that this Court deny STUDENT's Motion on the grounds FALLBROOK has voluntarily dismissed its case, that FALLBROOK has not intimidated or harassed STUDENT or parents,

Fallbrook Union High School District
v. Christopher S. et al.
5
Opposition to Motion to Dismiss
Case No. 08cv0049 LAB (CAB)

1 | that there is no reason to provide a "safe harbor letter," and that STUDENT has no
2 | basis to bring a Rule 11(c)(2) motion.
3 |
4 | Dated: February 25, 2008                    Respectfully Submitted,
5 |
6 |                                             FILARSKY & WATT LLP
7 |                                             By: _____
8 |                                             Sharon A. Watt
9 |                                             Attorney for Plaintiff
10 |                                            FALLBROOK UNION HIGH SCHOOL DISTRICT

# PROOF OF SERVICE

I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

On the date noted below, I served the foregoing document described as: OPPOSITION TO NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(6)]; DECLARATION OF SALLIE HUNT on the interested parties in this action as follows:

| Name & Address | Fax No. | Email Address |
|---|---|---|
| Ellen Dowd, Esq. Attorney at Law 2658 Del Mar Heights Road #228 Del Mar, CA 92014 | (858) 755-6348 | |

[ X ] U.S. MAIL: I caused said envelope to be placed for collection and mailing in the United States mail, postage prepaid, on the same day in the ordinary course of business at Ojai, California.

[ X ] FACSIMILE TRANSMISSION: I caused a true and complete copy of this document to be transmitted to the parties listed herein at their respective most recent fax numbers of record in this action.

[ ] ELECTRONIC EMAIL TRANSMISSION: I caused a true and complete copy of this document to be email transmitted to the parties listed herein at their respective most recent email addresses of record in this action.

[ ] FEDERAL EXPRESS: I caused said envelope to be placed for collection at a Federal Express drop box, on the same day in the ordinary course of business at Ojai, California.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2008, at Ojai, California.

*Cheryl L. Smith* (signature)
Cheryl L. Smith

SHARON A. WATT
STEVE A. FILARSKY

**FILARSKY & WATT LLP**
ATTORNEYS AT LAW
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone: (805) 640-2970
Facsimile: (805) 640-2980

Manhattan Beach Office
1441 Nineteenth Street
Manhattan Beach, CA 90266
Telephone: (310) 545-7825
Facsimile: (310) 545-2999

# FAX TRANSMISSION

TO: Ellen Dowd, Esq. (858) 755-6348
COPY TO: Sallie Hunt, FUHSD (760) 723-1795

FROM: Cheryl Smith, Legal Administrator

DATE: February 25, 2008

PAGES: 11 (including transmittal sheet)

RE: *Fallbrook Union High School District v. Struble*
USDC Case No. 08CV 0049

ATTACHED: OPPOSITION TO NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(6)]; DECLARATION OF SALLIE HUNT

**Important:**
The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender or this office immediately by telephone and return the original message to us by mail.

# Broadcast Report

| | | | | | |
|---|---|---|---|---|---|
| Date/Time | 02-25-2008 | 12:54:35 p.m. | Transmit Header Text | | |
| Local ID 1 | 805 640 2980 | | Local Name 1 | | FILARSKY & WATT |
| Local ID 2 | | | Local Name 2 | | |

## This document : Confirmed
## (reduced sample and details below)
## Document size : 8.5"x11"

SHARON A. WATT
STEVE A. FILARSKY

**FILARSKY & WATT LLP**
ATTORNEYS AT LAW
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone: (805) 640-2970
Facsimile: (805) 640-2980

Manhattan Beach Office
1441 Nineteenth Street
Manhattan Beach, CA 90266
Telephone: (310) 545-7825
Facsimile: (310) 545-2999

**FAX TRANSMISSION**

TO: Ellen Dowd, Esq. (858) 755-6348
COPY TO: Sallie Hunt, FUHSD (760) 723-1795

FROM: Cheryl Smith, Legal Administrator

DATE: February 25, 2008

PAGES: 11 (including transmittal sheet)

RE: *Fallbrook Union High School District v. Struble*
USDC Case No. 08CV 0049

ATTACHED: OPPOSITION TO NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(B)(6)]; DECLARATION OF SALLIE HUNT

**Important:**
The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify the sender of this office immediately by telephone and return the original message to us by mail.

Total Pages Scanned : 11        Total Pages Confirmed : 22

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 939 | 917607231795 | 12:43:11 p.m. 02-25-2008 | 00:03:13 | 11/11 | 1 | EC | HS | CP12000 |
| 002 | 939 | 8587556348 | 12:43:11 p.m. 02-25-2008 | 00:06:49 | 11/11 | 1 | EC | HS | CP12000 |

**Abbreviations:**
HS: Host send         PL: Polled local       MP: Mailbox print    TU: Terminated by user
HR: Host receive      PR: Polled remote      CP: Completed         TS: Terminated by system    G3: Group 3
WS: Waiting send      MS: Mailbox save       FA: Fail              RP: Report                  EC: Error Correct