SHARON A. WATT [SBN 81377]
admin@filarskyandwatt.com
FILARSKY & WATT LLP
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone   (805) 640-2970
Facsimile    (805) 640-2980

Attorneys for Plaintiff
FALLBROOK UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT, | CASE NUMBER: 08 CV 0049 H AJB |
| Plaintiff, | DECLARATION OF SALLIE HUNT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED |
| v. | |
| CHRISTOPER S., PAUL. S., AND MARY S., | |
| Defendants. | |

1. I have personal knowledge of the matters set forth in this Declaration and if called upon, could and would competently testify thereto.

2. I am the Director of Special Education for the Fallbrook Union High School District ("District").

3. On or about February 11, 2008, I read the Notice of Motion and Motion to Dismiss for Failure to State a Cause of Action upon which Relief Can Be Granted in the matter of *Fallbrook Union High School District v. Christopher S., Paul S., and Mary S.*, Case No. 08 CV 0049 LAB (CAB) ("Motion").

4. The Motion states in part:

> "It has come to Parent's attention that the District has published the details of the instant Complaint on its webpage, with no mention of Student's Complaint/Appeal, for the purpose of harassing and embarrassing Student and Parents, who are portrayed as Defendants who have violated 'Other Civil Rights.'" (Motion, 3:11-14.)

5. On February 21, 2008, I read the Declaration of Ellen Dowd, Esq., dated February 21, 2008 ("Declaration"), made in support of the Motion.

6. The Declaration states in part:

> "9. In February, 2008 my client called to my attention that on the official Fallbrook Unified School District [*sic*] webpage, there is [a] link entitled, 'Fallbrook Union High School District v. Struble et al.' in which the lawsuit against my clients is referred to as 'Other Civil Rights.' (Exhibit 'A' hereto).
>
> * * *
>
> "13. In the Motion to Dismiss, I cited . . . Fallbrook Union High School District's intent to publish its lawsuit to cast false light on my clients by insinuating that they somehow violated 'other civil rights.' The case in point is Exhibit 'A' hereto, which shows that as of today [February 21, 2008], Fallbrook Union High School District has not removed the misleading link from its official web page.
>
> "14. [The] Fallbrook Union High School District, through its attorney, has intimidated and harassed my clients (the web page has 'blogs' on each of them, including the conserved student)."

7. On February 21, 2008, after having read the Declaration and the Motion, I viewed and searched the District's official website at <www.fuhsd.net>, and did not find any reference to or indication of *Fallbrook Union High School District v.*

1  *Christopher S., Paul S., and Mary S.*, Case No. 08 CV 0049 LAB (CAB), on the District's website.

8.  The District's website does not have any links to "Fallbrook Union High School District v. Struble et al." or any links with references to or indications of the matter of *Fallbrook Union High School District v. Christopher S., Paul S., and Mary S.*, Case No. 08 CV 0049 LAB (CAB).

9.  The District's website does not have any blogs, *i.e.*, a specialized website that allows an individual or group of individuals to share a running log of events and personal insights with online audiences.

10. The District's website contains audio archives of meetings of the District's Board of Trustees.

11. On February 21, 2008, I confirmed with the assistant to the District Superintendent that the matter of *Fallbrook Union High School District v. Christopher S., Paul S., and Mary S.*, Case No. 08 CV 0049 LAB (CAB), has not appeared on any agenda for meetings of the District's Board of Trustees.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22nd day of February, 2008, at Fallbrook, California.

*Sallie Hunt*
SALLIE HUNT