SHARON A. WATT [SBN 81377]
admin@filarskyandwatt.com
FILARSKY & WATT LLP
408 Bryant Circle, Suite C
Ojai, California 93023
Telephone   (805) 640-2970
Facsimile    (805) 640-2980

Attorneys for Plaintiff
FALLBROOK UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT, | CASE NO. 08 CV 0049-LAB (CAB) |
| Plaintiff, | DECLARATION OF SHARON A. WATT IN SUPPORT OF FALLBROOK UNION HIGH SCHOOL DISTRICT RESPONSE TO ORDER TO SHOW CAUSE |
| v. | |
| CHRISTOPER S., PAUL. S., AND MARY S., | |
| Defendants. | |

1. I have personal knowledge of the matters set forth in this Declaration and if called upon, could and would competently testify thereto.

2. I am a partner of Filarsky & Watt LLP.

3. Filarsky & Watt represented the Fallbrook Union High School District ("District") in the special education due process hearing of *Christopher S. v. Fallbrook Union High School District*, California Office of Administrative Hearings No. N2007060672. I was the attorney who appeared on behalf of the District at the due process hearing.

4. Upon notice from the District that it intended to appeal the administrative decision in the matter of Christopher S.'s due process hearing, and upon receipt of authorization from the District that Filarsky & Watt was to represent the District in the matter of the District's appeal of the administrative decision, I directed an associate attorney of Filarsky & Watt to prepare the appeal in the form of a complaint to be filed in District Court.

5. The associate attorney prepared the appeal at my direction. I signed the appeal.

6. Thereafter, Christopher S. appealed the decision in his administrative due process hearing.

7. The associate attorney who was preparing the District's appeal was given the assignment of answering and counterclaiming Christopher S.'s appeal to District Court.

8. I approved and signed the answer/counterclaim and directed the associate attorney to have filed with the District Court the District's answer/counterclaim.

9. The associate attorney had filed not only the answer/counterclaim, but also the complaint. This was inadvertent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 12, 2008, at Ojai, California.

_____
Sharon A. Watt

# PROOF OF SERVICE

I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 408 Bryant Circle, Suite C, Ojai, California 93023.

On the date noted below, I served the foregoing document described as: FALLBROOK UNION HIGH SCHOOL DISTRICT RESPONSE TO ORDER TO SHOW CAUSE AND DECLARATION OF SHARON A. WATT on the interested parties in this action as follows:

| Name & Address | Fax No. | Email Address |
|---|---|---|
| Ellen Dowd, Esq.<br>Attorney at Law<br>2658 Del Mar Heights Road #228<br>Del Mar, CA 92014 | (858) 755-6348 | |

[ ] U.S. MAIL: I caused said envelope to be placed for collection and mailing in the United States mail, postage prepaid, on the same day in the ordinary course of business at Ojai, California.

[ X ] FACSIMILE TRANSMISSION: I caused a true and complete copy of this document to be transmitted to the parties listed herein at their respective most recent fax numbers of record in this action.

[ ] ELECTRONIC EMAIL TRANSMISSION: I caused a true and complete copy of this document to be email transmitted to the parties listed herein at their respective most recent email addresses of record in this action.

[ ] FEDERAL EXPRESS: I caused said envelope to be placed for collection at a Federal Express drop box, on the same day in the ordinary course of business at Ojai, California.

[ ] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2008, at Ojai, California.

_Julie A. Henry_
Julie A. Henry