

**FILED**

**3/12/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Fallbrook Union High School District**           08cv49 LAB (CAB)

**-v-**

**Struble et al**

# STRICKEN DOCUMENT

14 - Exhibit B-Conservatorship Decl.

**14 - Exhibit B**