Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
ellendowd@sbcglobal.net
(858) 342-8360
Fax (858) 755-6348

**Attorney for Defendants, CHRISTOPHER S, PAUL and MARY STRUBLE**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE<br><br>        Defendants. | Case No. 08 CV 0049 LAB (CAB)<br><br>**DEFENDANTS' *EX PARTE* MOTION TO FILE REPLY TO FALLBROOK UNION HIGH SCHOOL DISTRICT RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Larry Burns<br><br>**Complaint Filed: 1/8/08** |

TO FALLBROOK UNION HIGH SCHOOL DISTRICT ("the District") and its attorney of record:

Defendants move for leave of Court to file their Reply to Fallbrook Union High School District's Response to Order To Show Cause, ("the Response") to correct inaccuracies in the Response, and to strike the inclusion of Exhibit "B," Conservatorship Documents that are protected by Defendants' rights of privacy under California Constitution, Article I, Section 1, and California Probate and Government Codes.

The District had no right to obtain these protected documents, and, as the Order To Show Cause and Related Orders of the Court issued on February 29, 2008 envisioned the possibility of

1  a state tort law action concerning certain liberties taken by the District, Defendants' wish to
2  dispute information contained in the Response, in order not to compromise and state tort law
3  claims they may have.
4      The Reply Memorandum sought to be filed is attached hereto as Exhibit "A".

6  Dated: March 12, 2008

Respectfully submitted,

*Ellen Dowd* (signature)

Ellen Dowd, Attorney for
Defendants, CHRISTOPHER S.,
PAUL STRUBLE and MARY
STRUBLE

# EXHIBIT "A"

Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
ellendowd@sbcglobal.net
(858) 342-8360
Fax (858) 755-6348

**Attorney for Defendants, CHRISTOPHER S, PAUL and MARY STRUBLE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE<br><br>Defendants. | Case No. 08 CV 0049 LAB (CAB)<br><br>**DEFENDANTS' REPLY TO FALLBROOK UNION HIGH SCHOOL DISTRICT RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Larry Burns<br><br>Complaint Filed: 1/8/08 |

## I.

## FACTS

On December 13, 2007, Defendant, Mary Struble, as Conservator for C.S. filed a Complaint/Appeal of Office of Administrative Hearings, Special Education Division For Partial Reversal of Decision and For Attorney Fees and Costs, USDC, SDCA Case No. 07 CV 2328 LAB (CAB). The Summons and Complaint in that action was served on the District on December 21, 2007.

On January 8, 2008, the District, through its attorneys filed both its Answer and Counterclaim to the case filed on December 13, 2007, as well as the instant action, which seeks relief identical to the Counterclaim. On January 27, 2008, Defendants were served with the

Summons and Complaint in the instant action. The Civil Cover Sheet was signed, purportedly by Sharon A. Watt, and did not contain any Notice of Related Action. This case references that C.S. is a conserved adult, but does not identify his conservators, nor does it name C.S. in his conserved capacity in the caption.

Upon receipt of the instant Summons and Complaint, on January 29, 2008, Defendants' counsel filed and served on the District's counsel a Notice of Related Case indicating that the related cases sought identical relief, and requesting that the instant case be reassigned from Judge Huff to Judge Burns under the low number rule. On January 31, 2008 the District then filed its Notice of Related Cases. On February 7, 2008 the Low Number Rule Transfer was ordered and served on the parties.

## II.
## ARGUMENT

The Notice of Dismissal of the instant action was filed on February 20, 2008, after Defendants' were legally obligated to respond to this duplicative action. The Response to Order To Show Cause filed and served today ("the Response") does not adequately address why, when the Defendants' Notice of Related Case was filed on January 29, 2008, the District didn't dismiss the duplicative action then, rather than filing its own Notice of Related Cases on January 31, 2008.

Most importantly, if it was essential to fashion the caption of the instant case to name all three Defendants due to the existence of a conservatorship, then it would be appropriate to identify which of the three named Defendants is conserved. The excuse by the District in the Response that it was appropriate to name Paul S. due to his capacity as a conservator, is completely negated by the Complaint, which fails to so identify him as such.

This is the second time the District has published Defendants' confidential conservatorship documents. This information is exempt from public access pursuant to California Government Code § 6276.12 and California Probate Code § 1826. The first time was in the District's Closing Brief in the Administrative Proceeding in which the District attempted to use the content of the physician's statement to prove that C.S. is not educable. Now, the District using documents intended to be confidential to protect Defendants, as a protection for the District against sanctions for its continuing abuse of process.

//

## III.
## CONCLUSION

Defendants' respectfully request that Exhibit "B" to the Response be stricken, and that appropriate sanctions issue for the duplicative filing of and the undue delay in dismissing thia action.

Dated: March 12, 2008

Respectfully submitted,

Ellen Dowd, Attorney for Defendants, CHRISTOPHER S., PAUL STRUBLE and MARY STRUBLE