**PROOF OF SERVICE**
**Fallbrook Union High School District v. Christopher S.**
**U.S.D.C, S.D.C.A. Case No.: 0 CV 0049 LAB (CAB)**

STATE OF CALIFORNIA  )
COUNTY OF SAN DIEGO  )

I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014.

On March 12, 2008 I caused to be served the foregoing documents described as Defendants' *Ex Parte* Motion To File Reply to Fallbrook Union High School District Response To Order To Show Cause, and Defendants' Reply To Fallbrook Union High School District Response To Order To Show Cause, as follows:

Sharon Watt, Esq.
Filarsky & Watt
408 Bryant Circle, Suite "C"
Ojai, California 93923
805-640-2980

___ BY MAIL. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon full prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.

_X_ BY FACSIMILE transmission to the persons at the Fax Numbers listed above, and no error was reported in the transmission, and I received a printed record of said transmission, which is attached.

Executed on March 12, 2008
XX   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__Ellen Dowd__                           _____
                                                       Signature

**ELLEN DOWD, Esq.**
**Special Education Legal Center**
**2658 Del Mar Heights Road #228**
**Del Mar, California 92014**
**(858) 342-8360          Fax: (858) 755-6348**



| To: | Sharon Watt, Esq. | |
|---|---|---|
| Fax: | 805-640-2980 | Pages (7) (Including Fax Cover) |
| Re: | Fallbrook Union High School District/USDC, SDCA Case No. 08 CV 0049 LAB (CAB) | Date:  3/12/08 |

--NOTICE--

The information contained in this facsimile message is ATTORNEY CLIENT PRIVILEGED and CONFIDENTIAL INFORMATION, intended only for the use of or individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that ant dissemination, distribution or copying of this message is strictly prohibited. If you have received this facsimile in error, please notify sender by telephone at 858-342-8360, and return the written communication to the above address by mail.

```
          TRANSMISSION VERIFICATION REPORT

                                    TIME    : 03/12/2008 13:13
                                    NAME    : EJDESQ
                                    FAX     : 8587556348
                                    TEL     :
                                    SER.#   : 000B7J133636


DATE,TIME                    03/12  13:11
FAX NO./NAME                 18056402980
DURATION                     00:01:38
PAGE(S)                      07
RESULT                       OK
MODE                         STANDARD
                             ECM
```