AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
SOUTHERN, District of CALIFORNIA

FALLBROOK UNION HIGH SCHOOL DISTRICT,

V.

CHRISTOPHER S., MARY STRUBLE, PAUL STRUBLE

**BILL OF COSTS**

Case Number: 08 cv 0049 LAB (CAB)

Order having been entered in the above entitled action on 03/13/08 (Date) against Plaintiff, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing .................................................. | |
| Fees for witnesses (itemize on reverse side) .......................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 ..................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................ | 2,800.00 |
| TOTAL | $ 2,800.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Sharon Watt, Esq.

Signature of Attorney: _[signature]_

Name of Attorney: Ellen Dowd

For: CHRISTOPHER S., MARY STRUBLE, PAUL STRUBLE          Date: 03/14/08
      Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on                    at

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
Clerk of Court                             Deputy Clerk                              Date

**Ellen Dowd**
**Special Education Legal Center**
**2658 Del Mar Heights Road # 228**
**Del Mar, California 92014**
**(Tele) 858-342-8360  (Fax) 858-755-6348**

March 14, 2008

Mr. & Mrs. Paul Struble

ORIGINAL STATEMENT:
FALLBROOK UNION HIGH SCHOOL DISTRICT v. CHRISTOPHER S., MARY STRUBLE, PAUL STRUBLE/USDC,SDCA CASE No. 08 CV 0049 LAB (CAB)

All Professional Services related to above action, as follows:

| Date | Description | H | M |
|---|---|---|---|
| 1/29/08 | Review Summons and Complaint | | 20 |
| | Compare to Counterclaim | | 20 |
| | Prepare, serve, file Notice of Related Case | | 50 |
| | T-con w/clients | | 40 |
| 2/8/08 | Research FRCP 13, 12(b)(6), cases | 3 | 20 |
| | Draft Motion To Dismiss, O's &A's, Judicial Notice | 1 | 30 |
| 2/11/08 | T-con with Judge Huff's clerk | | 20 |
| | T-con w/Judge Burns' clerk | | 10 |
| | Finalize, serve, file Motion to Dismiss | | 30 |
| TOTAL | | 8 | 00 |

8 Hours @ $350.00 per hour = $2,800.00 payable to Ellen Dowd, Attorney at Law

1