# PROOF OF SERVICE
## Fallbrook Union High School District v. Christopher S., et al.
### USDC, SDCA Case. No. 0 CV 0049 LAB (CAB)

STATE OF CALIFORNIA  )
COUNTY OF SAN DIEGO  )

    I am employed in the County of San Diego, State of California. I am over the age of 18, and not a party to the within action. My business address is 2658 Del Mar Heights Road #228 Del Mar, California 92014. On March 14, 2008 I served a true copy of a **Bill of Costs** on all interested parties in this action as follows:

Sharon A. Watt, Esq.
Filarsky & Watt
408 Bryant Circle, Suite "C"
Ojai, California 93023
(805) 640-2980


__X__ BY MAIL. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon full prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration.


____BY FACSIMILE transmission to the persons at the Fax Numbers listed above, and no error was reported in the transmission, and I received a printed record of said transmission, which is attached.

    Executed on March 14, 2008 at San Diego, California.

XX   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____Ellen Dowd_____          _____
                                Signature