Ellen Dowd, Esq.
State Bar Number 141206
2658 Del Mar Heights Road #228
Del Mar, California 92014
ellendowd@sbcglobal.net
(858) 342-8360
Fax (858) 755-6348

**Attorney for Defendants, CHRISTOPHER S, PAUL and MARY STRUBLE**

UNITED STATES DISTRICT COURT

SOUTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br>     Plaintiff,<br>v.<br>CHRISTOPHER S., PAUL STRUBLE AND MARY STRUBLE<br>     Defendants. | Case No. 08 CV 0049 LAB (CAB)<br>**NOTICE OF PAYMENT OF ATTORNEY FEES AND COSTS; REQUEST FOR OSC TO BE DISCHARGED** |

**PLEASE TAKE NOTICE** that Pursuant to the Order of the Court that Plaintiff herein pay reasonable attorney fees and costs related to Defendant's Motion To Dismiss the Complaint herein, Defendants' Bill of Costs in the amount of $2,800.00 has been filed, and Plaintiff has remitted payment in full in this amount.

Therefore, Defendants respectfully request that the Court discharge the Order To Show Cause.

Dated: March 27, 2008

Respectfully submitted,

Ellen Dowd, Attorney for Defendants, CHRISTOPHER S., PAUL STRUBLE and MARY STRUBLE