# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| FALLBROOK UNION HIGH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>C.S., PAUL STRUBLE, MARY TRUBLE,<br><br>Defendant. | CASE NO. 08cv49-LAB (CAB)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISCHARGING ORDER TO PAY COSTS; AND**<br><br>**ORDER OF DISMISSAL** |
|---|---|

On February 29, 2008, the Court ordered Plaintiff to show cause why it should not be sanctioned for filing this complaint. On March 13, the Court ordered Plaintiff to pay Defendants' costs for filing their motion to dismiss. This order provided that when such costs were paid, the order to show cause would be discharged. Defendants filed a bill of costs as directed, and have now filed a notice stating Plaintiff has paid the costs requested and asking the Court to discharge the order to show cause. The order to show cause, and the order to pay costs are therefore hereby **DISCHARGED**.

/ / /
/ / /
/ / /
/ / /
/ / /

Because Plaintiff has already withdrawn its complaint, this action is **DISMISSED** and the Clerk is directed to close the docket.

**IT IS SO ORDERED**.

DATED: April 1, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge